

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-22-00168-CV

**IN THE MATTER OF J. E. R-P**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2021JV1000086L1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

In the underlying case, the State filed a Petition for Waiver of Jurisdiction and Discretionary Transfer of Juvenile to Criminal District Court to be Tried as an Adult Under Criminal Proceedings pursuant to section 54.02(a) of the Texas Family Code. After an evidentiary hearing, the trial court signed an order granting the State's petition, waiving jurisdiction, and transferring the juvenile, J.E.R.-P., to criminal district court. J.E.R.-P. has filed a notice of appeal, stating his intent to appeal the trial court's order.

In his notice of appeal, J.E.R.-P. also requests acceleration of disposition. We GRANT J.E.R.-P.'s request as this appeal is one designated as accelerated by statute and supreme court. Section 56.01(h-1) of the Texas Family Code provides that the "supreme court shall adopt rules accelerating the disposition by the appellate court and the supreme court of an appeal of an order waiving jurisdiction under Section 54.02 and transferring a child to criminal court for prosecution." TEX. FAM. CODE § 56.01(h-1). In 2015, the supreme court adopted an order requiring courts of appeals to dispose of these types of cases within 180 days from the time the notice of appeal is filed. *See Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal*, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015). Thus, this appeal is accelerated.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.



MICHAEL A. CRUZ, Clerk of Court